No. 1127. WEISS ET AL. *v.* WYOMING EX REL. CARDINE. Sup. Ct. Wyo. Certiorari denied.

No. 1128. BELONDON *v.* CITY OF CASPER. Sup. Ct. Wyo. Certiorari denied.

No. 1253. FERRARA *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 1340. GORDON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 1395. DETROIT & TOLEDO SHORE LINE RAILROAD Co. *v.* BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN. C. A. 6th Cir. Certiorari denied.